BEFORE THE SECOND DIVISION, APRIL 7, 1943

**No. 48174.**—Protests 906753–G, etc., of Albert Eckstein & Co., Inc. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel that certain of the merchandise consists of racello hats similar to those involved in Abstract 47291 and that other items consist of hemp hats similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) the claims under paragraph 1504 (b) (1) were sustained.

**No. 48175.**—Protest 2796–K of S. H. Gilbert (New York).

Opinion by Tilson, J. It was stipulated that the hemp hats in question are similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218). In accordance therewith the claim under paragraph 1504 (b) (1) was sustained.

**No. 48176.**—Protests 980577–G, etc., of Heinsheimer Bros. (Inc.) et al. (New York).

Opinion by Tilson, J. It was stipulated that some of the items in question consist of hemp hats the same in all material respects as those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), and that other items consist of hemp knotted straw hats the same in all material respects as those involved in Abstract 46497. In accordance therewith the claim at 25 percent under paragraph 1504 (b) (1) was sustained as to both items.

**No. 48177.**—Protests 869372–G, etc., of John Zimmermann Co. (New York).

Opinion by Tilson, J. The hemp hats in question were held dutiable under paragraph 1504 (b) (1), as claimed, in accordance with stipulation of counsel that they are the same in all material respects as those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218).